Trial Cause No. 14-FD-2183
Appeal Cause No. 01-15-00826-CV
RE: in the Intrest of AJDL (A Child)

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 30 2015

CHRISTOPHER A PRINE
CLERK

To Whom it may concern,

I've just recieved The Official Court Report from the trial to Terminate my Parental Rights on August 28th 2015 and I've looked over the documents and have issues with some of them... I would like to add this information to my previous brief that I filed.

1. P-1 The letter that allegedly Came from Child Protective services is a false document. This letter was never issued to Ms. Neverlyne Haskins, I've never lost custody of any of my Children. If that was the case, my rights would have never had to be terminated in Judge John Grady's court room 5 and a half years later.

2. P-2 is a power of Attorney that was given to Ms. Neverlyne Haskins and Mr Vincent Smith because Mr. Vincent Smith son was the young man who I believed was her father at the time and they were also her God Parents... Not because she was living with them or anything like that.

3. P-3 is a power of Attorney I gave Ms. Neverlyne Haskins August 16, 2012 to put A'jou in school because she was with my mother who was terminally Ill and was constantly being hospitalized and I was facing Prison time, so Ms Haskins offered to Care for A'jou in my absence.

4. Myra Tryal is not A'jou's Care provider any longer and hasn't been for more than a year now, Ms Haskins stated that she stop taking A'jou there, When I first got out of Prison, due to Ms Tryals

having a drinking problem.

5. Ms. Helen Truscott stated that the father Willie LaCuze signed a waiver, but it was never presented, so it isn't really known if he signed that waiver or not.

6. Lynette Briggs was appointed AD Litem for A'jon (my daughter) but she never visited my house, or job, or anything else, she just visited Ms. Haskins and said she think my rights should be terminated based on hearsay.

7. P-5, 9, and 10. I feel were a trick to get the judge to think I am really the bad person that Ms. Haskins tried to make me out to be, my criminal background has never affected my children's stability or my ability to be the best parent I possibly could. They have never been, abused, neglected, or abandoned.

To sum this brief up... I feel that I was not really given a fair chance to prove myself as a good mother and also I was not taken serious because I did not have the means to obtain counsel to represent me in this case. Ms. Neverlyne Haskins bribed me into saying a lot of things on the stand that were not accurate because me and her talked beforehand. I'm asking that I be given a chance as a mother to prove im totally capable and able to provide a stable safe environment for my daughter A'jon La'Tiyah D'Shyra Lacaze and I pray that the court reinstates my parently rights.

Precious Day #2407112
5700 Ave H
Galveston Tx 77551

Legal mail

Galveston County Jail Houston Tx 77002-2666
Inmate Mail

DEC 3 0 2015
Inmate Mail

# PRIVILEGED
# INMATE MAIL

Court of Appeals, First Dist.
301 Fannin Street
Houston Tx 77002-2666

ATTN: Christopher A Prine

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

DEC 3 0 2015

CHRISTOPHER A. PRINE
CLERK

FOREVER
USA

7002 2066 0016